# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

LUIS VALLADARES and
MADELINE VALLADARES

    Plaintiff,

v.                                       Case No.: 1:16-CV-21678-DPG

PRAETORIAN INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S MOTION TO EXTEND EXPERT DISCOVERY DEADLINE AND INCORPORATED MEMORANDUM OF LAW

The Defendant, PRAETORIAN INSURANCE COMPANY, pursuant to Federal Rules of Civil Procedure 6(b)(1) and Southern District Local Rule 7.1, hereby files this Motion to Extend the Discovery Cutoff Date for the reasons as follows:

1. On July 5, 2016, this Court executed a Scheduling Order Setting Civil Trial Date and Pretrial Schedule. (D.E. 20). The Plaintiffs' expert disclosure cutoff date in the Order was set for January 1, 2017. The Defendant's expert discovery disclosure cutoff date in the Order was set for February 1, 2017. Furthermore, the Court set the expert discovery cutoff in the Order for April 1, 2017.

2. As of the date of filing this motion, Plaintiffs have not disclosed any experts in this matter.

3. On February 1, 2017, Defendants timely disclosed their experts in this matter.

4. On February 3, 2017, undersigned counsel wrote to Plaintiffs' counsel to determine whether Plaintiffs intended to disclose experts in this matter.

5. Defendant's experts are in need of the reports from Plaintiffs' experts to finalize their expert reports. Plaintiffs' counsel never responded to Defense counsel's email.

6. The trial of this matter is not scheduled to take place until August 7, 2017.

7. Defendant wishes to extend the expert disclosure cutoff for 45 days until March 17, 2017 so that its experts can provide their finalized reports in this matter without any reports from Plaintiffs.

8. In order to accommodate Defendant's request, it also agrees to extend the expert discovery deadline. Defendant agrees to extend the deadline for expert discovery until April 14, 2017.

6. The undersigned has communicated with Plaintiff's counsel and Plaintiff's counsel is not agreeable to the motion for extension of time.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure 6(b)(1), when an act may or must be done within a specified time, the court may for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion after the time has expired if the party failed to act because of excusable neglect. In the instant matter, Defendant has good cause for extending the discovery cutoff date of November 20, 2011. As of the date of filing this motion, Plaintiffs have not disclosed any experts in this matter. Furthermore, Plaintiffs have failed to confirm with Defendant that they do not intend to retain experts in this matter. As such, Defendant seeks an Order from the Court extending Defendant's expert disclosure deadline to March 17, 2017, and the Expert Discovery Deadline to April 14, 2017.

WHEREFORE, Defendant requests an Order from the Court extending Defendant's expert disclosure deadline to March 17, 2017 and extending the deadline for Expert Discovery to April 14, 2017.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Counsel for the movant has conferred with Plaintiff's counsel regarding the relief sought in the motion/discovery disputes in a good faith effort to resolve the issues raised in the motion/discovery disputes and has been unable to do so.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2017, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF. I further certify that the foregoing document is being served on this day to Attorney David Neblett, Esq., via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Brian A. Oltchick*
Joseph Gelli, Esq.
Florida Bar No.: 0483000
Brian A. Oltchick, Esq.
Florida Bar No.: 0041787
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd, Suite 800
Tampa, Florida 33606-2760
Phone: 813-275-0404
Fax: 813-275-0304
Email: boltchick@garrisonyount.com
eservice@garrisonyount.com
Attorneys for Praetorian Insurance Company